1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   MAURICE B. NICHOLAS,              )   Case No. CV 12-885 AG (MRW)
13                   Petitioner,       )
                                       )
14           vs.                       )   ORDER ACCEPTING FINDINGS AND
                                       )   RECOMMENDATIONS OF
15   TERRI GONZALEZ, Warden,           )   UNITED STATES MAGISTRATE
                                       )   JUDGE
16                   Respondent.       )
     _____   )
17
18        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
19   file, and the Report and Recommendation of the United States Magistrate Judge.
20   Further, the Court has engaged in a de novo review of those portions of the Report
21   to which Petitioner has objected.  The Court accepts the findings and
22   recommendation of the Magistrate Judge.
23        IT IS ORDERED that Judgment be entered denying the petition and
24   dismissing this action with prejudice.
25
26   DATE: Sept 29, 2012
27                                      _____
                                        HON. ANDREW J. GUILFORD
28                                      UNITED STATES DISTRICT JUDGE